Case 1:25-mj-00249-MAU   Document 1-1

Case: 1:25-mj-00249
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 10/17/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1. As recorded in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 25-157-985, members of the MPD Robbery Suppression Unit ("RSU") were on routine patrol in MPD's Third District on October 16, 2025. The RSU members were dressed in plain clothes, but wearing tactical vests clearly marked with the word "POLICE" written on both the front and back clearly visible for the eye to see.

2. At approximately 9:50p.m., RSU members entered the 1400 block of Fairmont Street, Northwest, to conduct a walk-through of a publicly accessible apartment building. As RSU members entered ▮ Fairmont Street, Northwest, an MPD Investigator observed a man later identified as Jharrod ARMSTRONG ("ARMSTRONG") and another man walk out of the laundry room. Investigators could see thick smoke emanating from the laundry room which had an odor consistent with burning marijuana. An MPD Investigator observed both ARMSTRONG and the other men making a throwing motion in the direction of the laundry room and observed a lit, hand-rolled cigarette, consistent with a marijuana cigarette, between the laundry machines.

3. ARMSTRONG and the other men were stopped on the landing in the common area of ▮ Fairmont Street, Northwest. It should be noted that, before he stopped for police, ARMSTRONG knocked on an apartment door and attempted to gain access; however, he was unsuccessful as no one answered the door.

4. Your affiant spoke to ARMSTRONG after ARMSTRONG was detained. During that conversation, ARMSTRONG shuffled and moved his feet while your affiant stood face-to-face with him and spoke to him. During this conversation, your affiant felt what a hard, heavy object strike my leg. When your affiant looked down, your affiant observed an object protruding from ARMSTRONG's body that was inconsistent with the human anatomy. Believing that ARMSTRONG was in possession of a firearm, your affiant conducted a limited protective pat-

down and discovered a handgun from ARMSTRONG's pants. Your affiant voiced that there was a firearm present on ARMSTRONG's person, and another RSU member recovered the firearm from ARMSTRONG's left pant leg. Search incident to arrest, RSU members also recovered one round of loose ammunition from ARMSTRONG's jacket pocket.



5. The firearm was determined to be a 9mm Personally Manufactured Firearm ("PMF"), commonly referred to as a "ghost gun" in street slang. The PMF had a black polymer frame and a metal slide for a Taurus firearm.  The PMF was loaded with ten rounds of assorted 9mm ammunition. The PMF had no serial number.

6. A criminal history search revealed that ARMSTRONG was convicted of Voluntary Manslaughter and Using a Handgun During a Crime of Violence in Prince George's County (Maryland) Circuit Court Case Number CT171542A and sentenced to 10 years' imprisonment to

be followed by 5 years' supervised release. ARMSTRONG was also convicted of Robbery While Armed and Attempted Robbery in D.C. Superior Court Case Number 2017 CF3 013635 and sentenced to 72 months' imprisonment to be followed by 3 years' supervised release. ARMSTRONG was also convicted of Carrying a Pistol Without a License in D.C. Superior Court Case Number 2017 CF2 012397 and sentenced to 12 months' incarceration, to be followed by 3 years' supervised release. ARMSTRONG was also convicted of Carrying a Pistol Without a License in D.C. Superior Court Case Number 2016 CF2 015164 and sentenced to 12 months' incarceration.

7. Based on all of the above, your affiant submits that there is probable cause to believe that, on or about October 16, 2025, in the District of Columbia, Defendant JHARROD ARMSTRONG committed the offense of Unlawful Possession of a Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

8. Based on all of the above, your affiant submits that there is probable cause to believe that, on or about October 16, 2025, in the District of Columbia, Defendant JHARROD ARMSTRONG committed the offense of Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of D.C. Code § 22-4503(a)(1).

        Respectfully Submitted,

_____
Inspector Michael Vaillancourt
Metropolitan Police Department

Subscribed and sworn to me by telephone according to Fed. R. Crim. P. 4.1 on October 17, 2025.

                                                                               _____
HON. MOXILA A. UPADHYAYA
United States Magistrate Judge